**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DARREN HALL, MICHAEL HENNESSY, and MARK CARTWRIGHT, | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 3:24-CV-3273-K |
| | § | |
| v. | § | |
| | § | |
| THE TONE KNOWS INC., TONE MULTI-MEDIA LLC, VLAD CHIRIAC, individually, and VALI CHIRIAC, individually, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Findings, Conclusions, and Recommendation (the "FCR") of United States Magistrate Judge David L. Horan were entered October 22, 2026 (Doc. No. 66). In the FCR, Magistrate Judge Horan addressed Plaintiffs' Motion for Default Judgment Against Defendants The Tone Knows, Inc. and Tone Multi-Media LLC (Doc. No. 63) and recommended this Court grant Plaintiffs' Motion for Default Judgment and find a hearing is necessary to determine damages. *See generally* Doc. No 66. No objections were filed.

The Court has carefully considered Plaintiffs' Motion and Appendix in Support (Doc. No. 64), the live pleading, the FCR, any relevant portions of the record, and the applicable law. The Court reviewed the FCR for plain error and found none. *See United*

*States v. Wilson*, 864 F.2d 1219, 1222 (5th Cir. 1989). Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. No. 66). There is a sufficient basis in the pleadings to support entry of a default judgment against Defendants The Tone Knows, Inc. and Tone Multi-Media LLC on Plaintiffs' claims for breach of contract (or, alternatively, quantum meruit), fraudulent misrepresentation, and securities fraud, and to award Plaintiffs damages, including (but not limited to) attorneys' fees and court costs. The Court, therefore, **GRANTS** Plaintiffs' Motion for Default Judgment (Doc. No. 63). Because a hearing is necessary to determine Plaintiffs' damages, this case is hereby **REFERRED** to United States Magistrate Judge David L. Horan for a hearing on that issue.

**SO ORDERED.**

Signed November 12th, 2026.

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE